UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR, | No. 2:19-cv-0587 AC P |
| Plaintiff, | |
| v. | ORDER |
| P. MENDEZ, et al, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983 and has requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. ECF Nos. 1, 4, 5. Also before this court is a "motion to compel" filed by plaintiff. ECF No. 8. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1)(B).

Plaintiff's "motion to compel" asks that this matter be reviewed. See ECF No. 8. Because the court is currently in the process of screening plaintiff's complaint and in forma pauperis applications, the motion is moot.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel, filed August 8, 2019 (ECF No. 8), is DENIED as moot.

DATED: February 12, 2020

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE