UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON DALE MEADOR,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. MENDEZ, et al.,<br><br>　　　　Defendants. | No.  2:19-cv-0587 AC P<br><br>ORDER AND FINDINGS AND RECOMMENDATIONS |

　　　Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On June 3, 2021, plaintiff's complaint was screened and was determined not to state a claim upon which relief could be granted.  ECF No. 18.  As a result, plaintiff was given thirty days leave to file an amended complaint.  See id. at 6.

　　　On June 21, 2021, the court's order was returned as inactive.  Despite this fact, plaintiff was properly served.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times, see Local Rule 183(b), and it appears that plaintiff has failed to comply with this requirement.

////

1

1    Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign a
2    District Court Judge to this action.
3    IT IS FURTHER RECOMMENDED that this action be DISMISSED without prejudice.
4    See Local Rule 110; Fed. R. Civ. P. 41(b).
5    These findings and recommendations are submitted to the United States District Judge
6    assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
7    after being served with these findings and recommendations, plaintiff may file written objections
8    with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
9    and Recommendations."  Plaintiff is advised that failure to file objections within the specified
10   time waives the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th
11   Cir. 1991).
12   DATED: September 9, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE